## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ELIZABETH WUEBBELS, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>PROFESSIONAL LIABILITY )<br>INSURANCE COMPANY OF )<br>AMERICA, )<br>)<br>    Defendant. ) | Case No. 06-CV-452-JPG/CJP |

### MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff Elizabeth Wuebbels's motion to voluntarily dismiss this case without prejudice (Doc. 31), which the Court construes as a motion to dismiss pursuant to Federal Rule of Civil Procedure 41(a)(2).  Rule 41(a)(2) provides that only the Court may dismiss an action after an adverse party has filed an answer or motion for summary judgment and in the absence of a stipulation of dismissal from all the parties.  The defendant has no objection to the motion.  Accordingly, the Court **GRANTS** the motion (Doc. 31), **DISMISSES** this case **without prejudice** and **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED:**

                                        s/ J. Phil Gilbert
                                        **J. PHIL GILBERT**
                                        **DISTRICT JUDGE**

**DATE: February 15, 2007**