# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ELIZABETH WUEBBELS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 06-CV-452-JPG/CJP |
| ) | |
| PROFESSIONAL LIABILITY ) | |
| INSURANCE COMPANY OF ) | |
| AMERICA, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

This matter having come before the Court, and the Court having granted the plaintiff's motion for voluntary dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice and without costs.

**NORBERT JAWORSKI**

**Dated:  February 15, 2007**                         s/Brenda K. Lowe
                                                                    **Deputy Clerk**


**Approved:**     s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**